No. 04–6820. CAVANAUGH-BEY *v.* DISTRICT OF COLUMBIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6822. DANIEL *v.* CANTRELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–6824. QUARLES *v.* LINEBERGER. C. A. 3d Cir. Certiorari denied.

No. 04–6826. DIXON *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 04–6827. CLARKE *v.* STOVALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6834. NELSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–6836. BUTLER *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6838. ROBLES *v.* GOODY'S FAMILY CLOTHING, INC. C. A. 11th Cir. Certiorari denied.

No. 04–6841. BUGGAGE *v.* SHEEHAN PIPELINE CONSTRUCTION CO. C. A. 10th Cir. Certiorari denied.

No. 04–6842. JIMENEZ *v.* YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6849. BLANCO *v.* MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6854. SPIDLE *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 04–6855. STEWART *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–6862. JONES *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.